**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**No.**

| | |
|---|---|
| CHRISTOPHER M. WELLS AND LESLIE M. WELLS ON BEHALF OF THEIR SON, MATTHEW WELLS,<br><br>Plaintiff,<br><br>v.<br><br>THE MOORE COUNTY SCHOOLS BOARD OF EDUCATION AND JEFFREY LEE LYNCH,<br><br>Defendants. | **NOTICE OF APPEARANCE** |

The law firm of K&L Gates LLP, by and through Zachary S. Buckheit, hereby enters a formal appearance as counsel of record for plaintiffs Christopher M. Wells and Leslie M. Wells on behalf of their son, Matthew Wells in this action and requests that all pleadings and notices in the case be served upon counsel at the address listed below.

Respectfully submitted, this the 18th day of May, 2023.

**K&L GATES LLP**


*/s/ Zachary S. Buckheit*
Robert J. Higdon, Jr., Esq.
North Carolina State Bar No. 17229
John H. Lawrence, Esq.
North Carolina State Bar No. 45462
Zachary S. Buckheit, Esq.
North Carolina State Bar No. 55123
K&L Gates LLP
P.O. Box 17047
Raleigh, NC 27619-7047
Telephone: 919.314.5610
E-mail: bobby.higdon@klgates.com
john.lawrence@klgates.com
zach.buckheit@klgates.com

*Attorneys for Plaintiff*